U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 2 2010

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK E. PRINDLE, <br> Plaintiff, <br><br> v. <br><br> JEFF LEWIS, et al., <br> Defendants. | 3:10-CV-1217-B-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

With the exception of Plaintiff's claims under (1) Rule 10b-5 and Section 10 of the Securities Act; (2) 15 U.S.C. §§ 78aaa-lll (the Securities Investor Protection Act); and (3) V.T.C.A. Bus. and Comm. Code § 17.50(b), Plaintiff's claims are **DISMISSED WITH PREJUDICED** as frivolous. Plaintiff is **DIRECTED** to file an amended complaint as to the remaining claims in compliance with the Magistrate Judge's recommendation by November 12, 2010.

SO ORDERED this 2nd day of November, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE